■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER CROPPER, Appellant. [661 NYS2d 992] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 21, 1994 (*People v Cropper,* 202 AD2d 603), affirming a judgment of the Supreme Court, Kings County, rendered April 6, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Altman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK DEACON, Appellant. [661 NYS2d 993] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 18, 1992 (*People v Deacon,* 183 AD2d 843), affirming a judgment of the Supreme Court, Kings County, rendered January 12, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Santucci, JJ., concur.